No. 138.  UNITED STATES *v.* AMERICAN-FOREIGN STEAM-SHIP CORP. ET AL.  C. A. 2d Cir.  Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Doub, Alan S. Rosenthal* and *Herbert E. Morris* for the United States. *Arthur M. Becker, Gerald B. Greenwald, John Cunningham, Israel Convisser* and *J. Franklin Fort* for respondents.

No. 76, Misc.  WARD *v.* ATLANTIC COAST LINE RAIL-ROAD Co.  Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted.  Case transferred to the appellate docket and placed on the summary calendar. *Neal P. Rutledge* for petitioner.

No. 235.  MISSOURI PACIFIC RAILROAD Co. *v.* MOORE ET AL.  C. A. 5th Cir.  Certiorari denied. *Howard S. Hoover* for petitioner. *Maurice M. Davis* and *James A. Copeland* for respondents.

No. 261.  MACNEIL *v.* JULIAN.  C. A. 1st Cir.  Certiorari denied. *Angus M. MacNeil,* petitioner, *pro se. Solicitor General Rankin, Assistant Attorney General Doub, Morton Hollander* and *Seymour Farber* for respondent.

No. 264.  SMITH *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied. *William Richter* and *Robert W. Hicks* for petitioner. *Guy W. Calissi* for respondent.